144 A.3d 710

KAYE

v.

**WILSON-GASKINS**

**Pet. Docket No. 200, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 710

**LEMA**

v.

**WEST-AARONS**

**Pet. Docket No. 109, Sept. Term, 2016**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.